

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00488-CV

| | | |
|---|---|---|
| Christopher Robert Weast | § | From the 325th District Court |
| v. | § | of Tarrant County (325-516716-12) |
| | § | December 18, 2014 |
| Office of the Attorney General and Sarah Reyes | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier